Benjamin Gortikov, Respondent, v. Marion Gortikov, Appellant.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Michele Mondola and Others, Impleaded with Alberto Sabello, Respondents, v. Illinois Surety Company, Appellant. Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Andrew J. Brown, Respondent, v. D. C. Dominick Company, Inc., and Others, Appellants. (Nos. 1 & 2.) — Orders reversed, with ten dollars costs and disbursements, and motions granted. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George D. Gideon and Another, Respondents, v. Hinds, Noble & Eldredge, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles D. Barry and Others, Respondents, v. Emil Eiger and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Appellant, v. Theodore B. Dale, Defendant. Maurice Brodzky, as Executor, etc., Respondent.— Order reversed and motion denied. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles S. Furst, Appellant, v. Morris Moskowitz, Defendant, and A. Sanford Adler, Formerly a Defendant, Respondent.— Order affirmed, with ten dollars costs and disbursements, on authority of *Tanzer* v. *Breen* (131 App. Div. 654). Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edwin Quibbell Cooper, Appellant, v. Isaac Norove, Otherwise Known as Isaac Voron, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Gaetano Moleta.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.